# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    **Plaintiff,**

-vs-

    Case No. 3:06-CR-78
    District Judge Thomas M. Rose

**LAWRENCE COLEMAN HICKS,**

    **Defendant.**

## ORDER RELEASING DEFENDANT FROM JAIL

On January 23, 2012, the Defendant appeared with Counsel for a preliminary hearing on revocation of his supervised release. The Defendant admitted to the violations as alleged by the U.S. Probation Office. The Court accepted the admission and found the Defendant had violated the conditions of his, previously imposed, supervised release. The Court having ordered an earlier modification to Defendant's supervision on September 19, 2011, to include his participation and enrollment in a residential re-entry center for six (6) months, finds that the inpatient program at the Alvis House/Cope Center has an available bed for the Defendant beginning Friday, January 27, 2012.

Therefore, IT IS THE ORDER OF THE COURT that the Defendant be released from custody on Friday, January 27, 2012, and report immediately to the Alvis House/Cope Center. The Court has taken the matter of final disposition under advisement pending further reporting from the U.S. Probation Office.

**DONE** and **ORDERED** in Dayton, Ohio, this 23rd day of January 2012.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT