# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                              Case No. 3:06-CR-78
                                                   District Judge Thomas M. Rose

LAWRENCE COLEMAN HICKS,

    Defendant.

## AMENDED ORDER RELEASING DEFENDANT FROM JAIL

On January 23, 2012, the Defendant appeared with Counsel for a preliminary hearing on revocation of his supervised release. The Defendant admitted to the violations as alleged by the U.S. Probation Office. The Court accepted the admission and found the Defendant had violated the conditions of his, previously imposed, supervised release. The Court having ordered an earlier modification to Defendant's supervision on September 19, 2011, to include his participation and enrollment in a residential re-entry center for six (6) months, finds that the inpatient program at the Alvis House/Cope Center has an available bed for the Defendant beginning Wednesday, February 8, 2012.

Therefore, IT IS THE ORDER OF THE COURT that the Defendant be released from custody on Wednesday, February 8, 2012, and report immediately to the Alvis House/Cope Center. The Court has taken the matter of final disposition under advisement pending further reporting from the U.S. Probation Office.

**DONE** and **ORDERED** in Dayton, Ohio, this 26th day of January 2012.

                                                          THOMAS M. ROSE, JUDGE
                                                          UNITED STATES DISTRICT COURT