# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                 Case No. 3:06-CR-78

LAWRENCE COLEMAN - HICKS, JR.,

    Defendant.

## ORDER RELEASING THE DEFENDANT FROM JAIL

  On June 6, 2012, the Court issued an arrest warrant for the Defendant for violating the conditions of his supervised release. The Defendant was subsequently arrested and incarcerated in the Montgomery County Jail. On September 14, 2012, Defendant appeared with Counsel in open Court for an initial appearance. Upon the Court's own motion, the matter was continued until further order of the Court. At that time, Defendant made an oral motion for bond pending a preliminary hearing on revocation of his supervised release. Without objection from the Government or the U.S. Probation Department, the Court granted Defendant's oral motion for bond with conditions. The Defendant shall follow previously imposed conditions of his supervised release as specified by the U.S. Probation Department, without the previously imposed condition of treatment, and he shall report to the U.S. Probation Department once a week until resolution of this matter. Defendant may have work release privileges.

  Further, IT IS THE ORDER OF THE COURT that the Defendant be released from custody immediately in the above captioned case. The Defendant is ORDERED to report to the U.S. Probation Department, on Monday, September 17, 2012 at 8:00 am for further instructions.

  **DONE** and **ORDERED** in Dayton, Ohio, this 14th day of September 2012.

                  s/Thomas M. Rose

                  THOMAS M. ROSE, JUDGE
                  UNITED STATES DISTRICT COURT