UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                        Case No. 3:06-CR-78

                                                    District Judge Thomas M. Rose

LAWRENCE COLEMAN HICKS,

        Defendant.

---

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

      Pursuant to the record set forth in open Court on October 12, 2012, the Defendant appearing with Counsel entered an admission to alleged Violation #2 of the Second Amended Petition filed October 4, 2012. Alleged Violations #1 and #3 were dismissed upon motion of the Government. The Court accepted the admission finding the Defendant had violated the conditions of his Supervised Release as alleged and proceeded immediately to sentencing. The Court **ORDERS** that:

      The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months. The sentence is not to be followed by any period of supervised release.

      The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense, and that the Defendant be incarcerated at a facility as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

      The Defendant will be allowed to voluntarily self-surrender on Monday, October 15, 2012 at 4:00 p.m.

      The Defendant was explained his rights of appeal and indicated an understanding of same.

      **IT IS SO ORDERED**.

Date: **October 15, 2012**

                                                    THOMAS M. ROSE, JUDGE
                                                    UNITED STATES DISTRICT COURT